919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

**JENNER&BLOCK** LLP

September 14, 2015

Joseph L. Noga
Tel +1 212 891 1676
Fax +1 212 891 1699
jnoga@jenner.com

**VIA ECF**

The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Abraham Kaff et al v. Nationwide Credit, Inc., No. 1:13-cv-5413*

Dear Judge Pohorelsky:

On behalf of Defendant Nationwide Credit, Inc. ("Nationwide"), I write to update the Court on the status of the case.

As discussed during the status conference on August 7, 2015, the Plaintiffs filed an amended complaint for the purpose of consolidating their claims on August 28, 2015 (the "Amended Complaint"). (*See* Dkt. No. 41.) However, that Amended Complaint did not define a class. We informed Plaintiffs' counsel of this omission, and Plaintiffs' counsel agreed that she would file a new amended complaint. To date, that filing has not been made.

Out of an abundance of caution, we wanted to inform the Court that, by agreement of the parties, Nationwide will not be answering the Amended Complaint (Dkt. No. 41) because it expects Plaintiff to file another amended complaint in short order.

Sincerely,

Joseph L. Noga
Partner

Cc: Counsel for Plaintiffs (via email)