# EXHIBIT E

## PROOF OF CLAIM FORM

RE:   ABRAHAM KAFF ET AL. V. NATIONWIDE CREDIT, INC.
CASE NO. 13-CV-5413 (SLT)(PK)

I WISH TO RECEIVE A SHARE OF THE SETTLEMENT FUND

**IMPORTANT:** THIS CLAIM FORM MUST BE POSTMARKED ON OR BEFORE _____, **2016** AND MAILED TO THE FOLLOWING ADDRESS:

Rust Consulting, Inc.
[ADDRESS to be inserted]

**PLEASE LEGIBLY PRINT THE FOLLOWING INFORMATION:**

**NAME:**   _____

**MAILING ADDRESS:**   _____

_____

**CLASS IDENTIFICATION NUMBER** (FROM YOUR NOTICE POSTCARD):  _____

IF YOUR NAME DIFFERS FROM THAT WHICH APPEARS ON THE NOTICE MAILING LABEL, PLEASE NOTE THE NAME OF THE PERSON TO WHOM THE NOTICE WAS ADDRESSED HERE:

_____

IF THE NOTICE WAS MAILED TO AN ADDRESS OTHER THAN YOUR CURRENT ADDRESS, PLEASE NOTE THE ADDRESS HERE:

_____

_____

**SIGNATURE:**   _____