Aug. 3, 2016

13-CV-5413-SLT-PK

United States District Court — copys — Koff vs Nationwide Credit Co.
For the Eastern District of New York, 225 Cadman Plaza East Brooklyn, New York 11201

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ AUG 08 2016 ★ BROOKLYN OFFICE

(1) Koff vs. Nationwide Credit, Inc. Class Administrator C/o Rust Consulting Inc. - 5210 P.O. Box 366-5012 Des Moines, IA 50306-5012

CLASS COUNSEL

(2) Edelman, Combs, Latturner & Goodwin, L.L.C. 20 S. Clark Street, Suite 1500, Chicago, Illinois 60603.

(3) Jenner & Block, LLP. Attorney Joseph Maga N.C.I. Attorney - 919-3rd Avenue New York, NY 10022-3908

Case #13-CV-5413-SLT-PK

Clerk of the Court and/or District Court Judge Assigned to this case

BROOKLYN OFFICE ★ AUG 08 2016 ★ US DISTRICT COURT E.D.N.Y. IN CLERKS OFFICE FILED

As a member of (TWO) class action law suits against the Defendant, American Express/Nationwide Credit concerning form 1099C with the I.R.S. and that N.C.I. violated the FDCPA, 15 U.S.C. §1692 et seq. Furthermore Violation of interest rates in this other case in District Court of Central California indicates Misconduct, predatory, collusion and/or that any NEW Discovery according to C.P.L.R. would allow the NEW evidence not listed in both cases against the Defendant to be in pursuit by both Courts.

The other case, to wit, Lopez vs. AMEX Settlement Administrator, Case # CV-09-07335 SJO (MANx) objection to settlement and Dis-approval on the basis of NEW Discovery based upon court cases and documents indicates AMEX et al without merit and good faith omitting predatory misconduct and/or ponzi scheme or other. —

Anthony Carfizzi
P.O. Box 685
Vails Gate, N.Y. 12584

(Copy)

Copy to AMEX Bank FSB et al Dated Aug. 2016

Lopez vs. AMEX

Settlement Administrator
P.O. Box 3747
Portland, Oregon 97208-3747

Case # CV-09-07335-SJO-(MANx)
Honorable S. James OTERO
Final Approval Hearing Oct. 17, 2016 AT 10 A.M.

Class Counsel
Marc R. Stanley
Stanley Law Group
6116 North Central Expressway
Suite 1500
Dallas, TX 75206

TO: Clerk of the Court
United States District Court for Central District of California
312 N. Spring Street G-19
Civil Intake Section
Los Angeles, CA 90012-4701

AMEX Counsel
Julia B. Strickland
Stroock & Stroock & Lavan LLP - 2029 Century Park East
16th Floor
Los Angeles, CA 90067-3086

Courtesy copy New York District Court

Sirs:

This notification to the Court and Class Counsel along with American Express Counsel objects to the settlement as stated in the Settlement and advise the court not to approve these issues as listed by these lawyers. The reason by this Class member will introduce in the record NEW Discovery in evidence in support of deleted omissions of other and more serious Banking violations including a lawsuit filed in 2010 by Forster & Garbus, LLC for AMEX, in court with violations of C.P.L.R. by Forster & Garbus filing papers in Orange County, New York 10924.

C.C. MAIL COPY TO DISTRICT COURT N.Y.

Anthony Canfizzi
P.O. Box 685

13-CV-5413-SLT-PK copy DATED - Aug. 3, 2016

To: Kaff vs. Nationwide Credit Class Administrator
c/o Rust Consulting, Inc. - 5210
P.O. Box 3065012
Des Moines, IA 50306-5012

Kaff vs. Nationwide Credit

(N.C.I Counsel) Nationwide Credit Counsel - Jenner & Block - Attorney Joseph Noga
919 - 3d Avenue, New York, New York 10022-3908

Lopez vs AMEX et al - Counsel -
AMEX Counsel: Julia B. Strickland - Stroock & Stroock & Lavan, 2029 Century Park East, Los Angeles, CA. 90067-3086
Lopez Counsel: Mark R. Stanley, Stanley Group, 6116 N. Central Expressway, Dallas, TX 752[illegible]

United States District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, NY. 11201

Class Counsel: Edelman, Combs, Latturner and Goodwin, 20 S. Clark St., Suite 1500, Chicago, Ill.

Case NO. 13-CV-5413-SLT-PK

Please mail me a copy of the Settlement of the class action lawsuit litigation in Case # 13-CV-5413-SLT-PK. As a member of the class, I have a legal and lawful right to review lawyers litigation along with the court. Lopez vs. AMEX Bank (FSB) et al case CV-09-07335-SJO (MANx) is another case in court. The Court must approve the settlement after all objections are entered into the record with any and all aspects of credit card violations. As you know or should know Eric Holder, former U.S. Attorney sued in court Visa, Mastercard, and American Express. I will send a copy of this letter to counsel as informative along with all courts and lawyers involved in this case. mail to

Sincerely yours
Anthony Caffuzzi
P.O. Box 685
Vails Gate, NY. 12584

2 Concurrent Cases - District Courts - California - New York

c.c. United States District Court (Central District)
MAIL TO: 312 N. Spring Street - G-19 (Civil Intake Section)
Los Angeles, CA 90012-4701

**American Express**
Credit Bureau Unit
PO Box 981537
El Paso, TX 79998



7

Dispute

01826

Anthony J Carfizzi
PO Box 685
Vails Gate, NY 12584-0685

June 29, 2009

Note: 2010 American Express FSB Centurion Bank vs. Anthony Carfizzi

Account Identifier Number (s): 3499907806216883 Re: DEBT ENTIRE

Social Security Number: XXX-XX-9928 SATISFACTORY.

Dear Anthony J Carfizzi, (Court Papers Also)

This is to respond to your recent inquiry regarding reporting of your American Express credit history under the above account identifier (s) number. We utilize this number when furnishing information to credit reporting agencies about the following American Express account, which we show only the last 5 digits below:

XXXX-XXXXXX-71003

We have notified the credit reporting agencies listed below that the account reported under the account identifier (s) number is maintained in a satisfactory manner and in accordance with our Cardmember Agreement.

It is a pleasure to be of service to you. If we can be of further assistance, please write to us at the above listed address.

Sincerely,

SATISFACTORY

J. Hamilton

J. Hamilton
Credit Bureau Unit
American Express

Account not in DEFAULT

TRANS UNION CONSUMER RELATIONS
P.O. Box 1000
Chester, PA 19022
800-888-4213
www.transunion.com

EQUIFAX CREDIT INFO
PO Box 740241
Atlanta, GA 30374
800 685 1111
www.equifax.com/fcra

EXPERIAN
P.O. Box 2002
Allen, TX 75013
1-888 EXPERIAN (1 888 397 3742)
www.experian.com/reportaccess

D&B
899 Eaton Avenue
Bethlehem, PA 18025
800-234-3867
**(For OSBN Accounts Only)**

Notify all Credit Bureaus of Dispute.




Photocopy

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
CONSUMER FRAUDS & PROTECTION BUREAU

October 29, 2012

Anthony J Carfizzi
PO Box 685
Vails Gate, NY 12584

Thomas Grogan – where are you? Middletown Lawyer Appeared for Forster & Garbus. Why?

Our File Number: **2012-1045526**
Company: Citizens Bank

Dear Anthony J Carfizzi:

We have received your letter and appreciate your alerting us to this matter.

We have added the information to our files. It is through complaints such as yours that we learn of patterns of fraud and illegality. The information may also help us in assisting other consumers.

On behalf of Attorney General Eric T. Schneiderman, thank you for your concern.

WHERE is Thomas Grogan – he was sent correspondence – Closed his P.O. Box? (P.O. Box) why? Middletown Lawyer. Post office Did NOT Forward

Very truly yours,

*John Van Voris*

John VanVoris
Bureau of Consumer Frauds and Protection

City of Middletown 10940

Copies Brockett / Mason – City Court – Needs to go to DISTRICT COURT – T. GROGAN – Intervened for Forster & Garbus – NO show on Dec. 13, 20

PLEASE INCLUDE ABOVE FILE NUMBER ON ALL CORRESPONDENCE

Eric Holder – U.S. ATTORNEY – Sue or Subpoena OAG for conference and/or Bank Regulators and/or Federal Trade Commission and/or



Office of Comptroller of Currency and/or FDIC

Verified Answer Page (1)

Supreme Court of State of New York County of Orange

(1-8 Exhibits AND Checks AND Xtra Letters A-H)

Index # 27 PAGES 010447-2011

Received Summons Oct. 1, 2010 TAPED TO Door - 20 DAYS

American Express Bank FSB (Centurion Bank) (plaintiff)

plaintiffs address 200 Vesey ST. FL 44 New York, N.Y. 10285

against

Anthony J. Carfizzi A. J. Carfizzi (Defendant)

Defendants address 40 PARADISE Hill P.O. Box 685 VAils Gate, NY 12584

---

A. J. Carfizzi being duly sworn deposes befor the Supreme Court, County of Orange pro-se to answer another summons and complaint from Forster and Garbis, attorneys at law in conjunction with Index # 006170-2010. The Defendant received this new action without a resolution to # 006170-2010 also placed in the caption, FSB, Centurion Bank because this Bank is not a national Bank. Therefore, the Office of Comptroller of Currency or OCC and C.A.G., Customer Assistance Group, has no jurisdiction. I believe it is in the category of a "Thrift" or Office of Thrift Supervision Department of the Treasury, Consumers Affairs Division 1700 G Street N.W. Washington, D.C. 20552 Phone 1800842 6929

Supreme Court of the State of New York
County of Orange

Index # 012447-2011

1—8 Exhibits AND CHECKS AND Xtra Letters A-G

Verified Answer

American Express Bank FSB Centurion Bank
against
A. J. Carfizzi / Anthony J. Carfizzi

Filed in Conjunction with Index # 006170-2010

Regulators ?

The Defendant states emphatically that this action brought about by Forster & Garbus, L.L.P. is a result of consumer credit transaction. Wherefore, the causes of action against the Defendant states that money has not been paid to this Thrift Bank, Centurion Bank, in the amount of $ 8016.10, is also incorrect. The Defendant will introduce into the record the reasons, plural, for not continuing with Hilton HHonors program. Now, let us get specific.

First, foremost, American Express mismanaged this account through Centurion Bank by breaking the agreement (plaintiff), once again as a result of DISCOVERY by letter writing to American Express without settling all of the Disputes. Disputes overlooked by American Express. Continue.

Supreme Court of the State of New York County of Orange

Index # 010447-2010

American Express Bank FSB Centurion Bank (plaintiff) against Anthony J. Carfizzi

L-8 Exhibits AND Checks

Verified Answer Filed in Conjunction with Index # 006170-2011 Regulators?

In addition, these disputes have been on-going since at least 2007 up until the present because the office of Thrift Supervision, Dept. of the Treasury did not regulate and supervise Centurion Bank, mismanaged by American Express. Consumer Affairs has done a poor job.

Second, American Express probably has mis-led the Bank, Thrift to this point by not stating the facts that will now be presented to the plaintiff's attorney, and this court. Please read the documents carefully.

Third, the Defendant, once again, relied on the FICO System, Fair Isaacs a Co. and Credit reporting agencies, such as Experian, TransUnion, and Equifax, supposedly Regulated and Supervised [illegible]

Supreme Court of the State of New York County of Orange

Index # 010447-2010
1-8 Exhibits plus checks

American Express Bank FSB Centurion Bank (plaintiff) against Anthony J. Carfizzi (defendant)

Verified Answer in Conjunction with Index # 006170-201

Regulators?

The record will clearly show the written interrogatories submitted to American Express remain disputed, as part of the original record, once again through letter writing. Please read the following letters now entered into the record.

1) October 19, 2007 mixed up on accounts, # 81000 Balance zero "0". Copy enclosed. Also, Statute of Limitations invoked, since its been over 3 years now.

3) October 17, 2007 Balance zero 0 # 81008. Copy enclosed and Defendants notes on Bottom of letter.

Fourth, the plaintiff, namely American Express broke the agreement, once again by withholding information about Account Protector Programs Insurance on these accounts. The court should notice the similarities to Index # 006170-2010 'where are the Regulators? no wher[illegible]

Supreme Court of the State of New York County of Orange

Index # 010447

American Express Bank FSB Centurion Bank (plaintiff) against Anthony J. Carfizzi (Defendant)

Verified Answer in Conjunction with Index # 006170-2010

Regulators?

1-8 Exhibits plus checks

American Express not only broke the credit agreement, but abused the agreement with their deceptive answers. Read Part I & Part II Letters Dated June 5, 2009

The Defendant never received a Telemarketing phone call in 2007 about an Invitation about credit protector. A lie. Please read June 5, 2009 Letter To American Express, Customer Service Supervisor, H. Figueroa. Once again, Read Part I & Part II. Where are the Regulators? no where to be found. In case 006170, Visa and Mastercard Scheme

The Defendant received cash advance checks from American Express, FSB, Centurion Bank in particular check # 00008379 in the amount of $200.00 with the Hilton HHonors Program denied due to FICO Scores and credit reports. Copies of 2 unused checks submitted for court record. Read

Supreme Court of the State of New York County of Orange

Index # 010447-2010

Verified Answer Filed in Conjunction with Index # 006170-2010

1-8 Exhibits plus chec and xtra Letters

American Express Bank (plaintiff) FSB Centurion Bank

against

Anthony J. Carfuzzi (Defendant)

---

Therefore, American Express violated the terms of the agreement and abused the relationships with the Defendant, once again. Over and over again. Please enter into the record the letter from American Express dated Nov. 12, 2008. This letter came from American Express, P.O. Box 297879, Ft. Lauderdale, Florida 33329-787; Shame on them. My credit reports initially gave me cash advance checks, then were denied based upon FICO Scores, etc. Can you believe this Where are the Regulators? Read Nov. 13, 2008 Letter. Finally on June 29, 2009 I receive a letter from J. Hamilton, Credit Bureau unit stating everything is SAISFACTORY in accordance with Card member agreement. I am completely confused. The Court read June 29, 2009 Letter.

Supreme Court of the State of New York County of Orange

Index # 010447-2010

American Express Bank FSB Centurion Bank against Anthony J. Canfizzi

Verified Answer Filed in Conjunction with 006170-2010

Regulators ? 1-8 Exhibits plus checks

In review, the June 08, 2009 letter stating, finally that there are 2 Different Account Protector Programs from American Express, P.O Box 25183, Santa Ana, California 92799-9503 Very similar to Index # 006170. Compare Deceptive and Deception for overbilling and Overcharging American Express accounts of credit card holders. FRAUD, and more. Finally, in addition to their mismanagement and harsh actions, between the finance charge Account protector, etc, high interest, revoking cash advance priveledges, reducing credit limits from $11,000 to $7500-$8000, this American Express became a nightmare to deal with. My 2007 & 2009 FICO Scores were fine and satisfactory. Read January 26, 2009 [illegible]

Supreme Court of the State of New York County of Orange

Index # 010447-2010

American Express FSB Centurion Bank against Anthony J Carfizzi

1-8 Exhibits plus checks (plaintiff) Extra Letters (A-H) Verified Answers Filed in Conjunction with 006170-2010 Regulators?

The Court should note both cases are concurrent.

Wherefore, the Defendants demands a complete Dismissal of this action 010447 and 006170-2010 from attorneys, Debt Collectors, Forster & Garbus, 500 Bi County Blvd., Farmingdale, NY. 11735. together with costs & fees, etc. and Furthermore Judgment against the Plaintiff and attorneys for plaintiff and/or an immediate trial of the issues regarding Debt collectors in frivolous cases involving fraud and misconduct, etc. by PLAINTIFF.

Yours, etc.,

DATED Oct. 4, 2010

Anthony J Carfizzi

Anthony J. CARFIZZI PRO-SE
# 40 PARADISE Hill
P.O. Box 685
VAILS Gate, NY. 12584

Sworn to before me on the 04TH Day of October 2010

[signature]

Signature & STAMP OF NOTARY

04 OCT 2010

ALFRED MARRERO SENIOR
Notary Public, State Of New York
Qualified In Orange County
No. 01MA6097451
Commission Expires August 18, 20 11.

Supreme Court of the State of New York County of Orange

Index # 010447-20[illegible]

27 PAGES

Received 2nd Summons Oct. 1, 2010.

---------- x

Anthony J. Carfizzi

# VERIFICATI[illegible]

State of New York)
County of Orange )

I, Anthony J. Carfizzi, having read the Verified Answer and hereby acknowledge that the contents are true, alleging upon information and belief, the exhi[illegible] and letters submitted, in concurrent cases bef[illegible] the Supreme Court against the plaintiffs. The othe[illegible] case, to wit, Index #006170-2010, also repre[illegible] by the plaintiff's attorneys or debt collectors, Forster [illegible] Garbis, 500 Bi County Blvd., Farmingdale, NY. 117[illegible] concerns Visa, mastercard, and/or American Express. Also, your deponent in both actions, Defendant acting PRO-SE, has not received any instruction from the Supreme Court, Orange County as of Oct. 11, [illegible]

Anthony J. Carfizzi

Anthony J. CARFizzi (P[illegible]
P.O. Box 685 (Defe[illegible]
VAILS Gate, N.Y. 12584

Citibank (PLaintiff) address
701 E. 60th Street (N)
Sioux Falls, S.D. 57117

Forster + Garbis, LLP.
DEBT Collectors, ATTorneys
500 Bi County Blvd.
Farmingdale, NY. 11735
(ATTORNEYS FOR PLAINTIFF)

Sworn to before me on this 12th day of October Day 2010.

[signature]
Signature of Notary

William Jackson
#01JA6087073
Notary Public, State of New York
Qualified in Ulster County
Commission Expires 02/10/2011

State of New York November 29, 201

To: Commission on Judicial Conduct
61 Broadway - Suite 1200
New York, New York 10006
Hon. Thomas Klonick
212 42-8-2700
Commission members
Panel and/or Chairperson

Re: City of Middletown
Justices Moson and/or Brockett
The New York Bar Association
Lawyers Fund.

**COMMISSION TAKE NOTICE**

Please be advised that the enclosed documents, legal or lawful, pertain to a so-called **TRANSFER** of a case, Index **#006170-20** filed in October 2010, along with a second case **#010447-2010** also filed in 2010, at the Supreme Court, **255-275** Main Street, Goshen, N.Y. 1092 Concurrent cases filed by Forster and Garbus LL attorneys, on behalf of Citibank and America Express. Please **TAKE FURTHER NOTICE** that a letter undated, enclosed, states that there is no case in Supreme Court. The lawyers, Forster and Garb did not answer any arguements and/or proffers submitted to these attorneys in a timely manner according to C.P.L.R. Therefore, this **TRANSFE** of a case to Justice Court in Middletown **VIOLAT** the rules of the Unified Court ...

(OCC) photocopy July 28, 201

TO: Comptroller of Currency Office
Administrator of National Banks Re: Citibank
1301 McKinney Street
Suite 3450
Houston, Texas 77010-9050

OTHER Exhibits

RBS
HSBC
Chase
FICO Score

Customer Assistance Group;
C.A.G., Return for Entire Record to A.J.C
P.O. Box 685, Vails Gate, New York 12584.

Please be advised that many pieces of in pertaining to FAIR ISAACS, Co. of FICO scores a Correspondence had been mailed to you about National Banks. The major concern for the correspondence led to opening cases investigating applicable banking laws, rules and regulations. The cases regarding a Bank Credibility and regulatory performance due to t Collapse of the economy in 2007-2008 and rec of STIMULUS checks from the Treasury Dept. I a requesting the C.A.G. or Comptroller to explain actions taken to improve the 10 (Ten) or mo cases brought by me and 2 (Two) Appeals. Ple send me your conclusions, as soon as possible For example, case # 00943342, Citibank, HSBC RBS, and Chase. Review Record, et al. Sincerely.



Return NOTICE

City Court of Middletown
2 James Street
Middletown, NY 10940

Brockett and/or Moson

Phone: (845) 476-3640 Fax: (845) 343-5737
WEB Site: www.nycourts.gov/courts/9jd/Orange/Middletown.shtml
Hours: 8:30 AM - 4:00 PM

Alan D. Scheinkman
Administrative Judge 9th JD

Steven W. Brockett
City Court Judge
Robert Moson
City Court Judge

Index
TS 001903-12MI

Linda F. Padden
Chief Clerk
Robin L. Siegel
Deputy Chief Clerk

**NOTICE**

October 11, 2012

Anthony J. Carfizzi
40 Paradise Hill
Mountainville, NY 10953-

BROCKETT or MOSON

Citibank (South Dakota) NA
-against-
Anthony J. Carfizzi

**Index No:** TS-001903-12/MI **Calendar No:**

**PLEASE TAKE NOTICE** that your Supreme Court Transfer case, has been scheduled to December 13, 2012 at 10:30 AM in Part Civil, Room Courtroom for Conference.

You must appear and bring this notice with you.

Linda F. Padden
Chief Clerk

CC: Forster & Garbus LLP

Court Papers

Dismissed without PREJUDICE

Please read before Conference or hearing. Enclosed legal papers.

Dated Oct. 4, 2010

photocopy for records

TO: Orange County Gov't Center
Supreme Court, Orange County
255 Main Street
Goshen, NY. 10924

Index # 006170-2010

Clerk of the Court
Supreme Court,

Answered Dated Aug. 3, 201 etc. Sheet of Corrections & Supplemental Aug. 12, 2010 and Sept. 24, 2

TO whom It may Concern,

E.B.T. The plaintiff should make motions immediately or
Please be advised that case # 006170-2010 has been indexed by their attorney's in Supreme Court, Orange County, New York. Please send me the name of the Justice assigned to this particular case at once.

DATED Oct. 4, 2010

Sincerely yours,
Mr. Anthony J. Capozzi
P.O. Box 685
Vails Gate NY 1258
PRO-SE Defendant

ATTORNEYS FOR PLAINTIFF
Forster & Garbus L.L.P.
500 Bi County Blvd.
Farmingdale, N.Y. 11735

Note: Request immediate Conference now.
Please note Defendant is ready for Trial in both cases as soon as Court Calendar allows us for trial.

Letter of Notification — Nov. 6, 2012

To: Justices Chambers
Hon. Moson/Hon. Brockett
City of Middletown Court
2 James Street
Middletown, NY. 10940

notify all Agencies
Re: Forster & Garbus - 2010 cases
Attorneys at Law
A. Office of Attorney General
B. Federal Trade Commission
C. Comptroller of Currency

Jurists,

Foster & Garbis indexed 2 cases. Therefore, Please be advised that the New York Bar Association will be notified of the failure by Foster & Garbis, representing Citibank to follow a Code of Professional Responsibility, Disciplinary Rules of Conduct. The Supreme Court of Orange County permitted this outrageous conduct by professional lawyers sanctioning this conduct by mailing the Defendant a letter stating there is no case, returning legal papers. In addition, this behavior by the court allowed Foster & Garbis not to answer according to C.P.L.R. Disgraceful. Now, encouraging this behavior TRANSFERING a case to Justices in City Court in Middletown.

Sincerely yours,
Anthony J. Carfora[illegible]

copies to all agencies

Grievance Committee
Lawyers 10th Judicial
District
150 Motor Parkway
Suite 102
Hauppauge, New York 11788
631 231-3775

FORMAL Complaint
To Be submitted Re: Forster & Garbus, LLP.
Complaint to New York Bar Association

Attention: Grievance Committee
Investigatory Chairman

A letter from Supreme Court stated: there is no case so, Please TAKE NOTICE that according to C.P.L.R. in all the courts Local, State and Federal including Appellate Court and Court of Appeals, Forster and Garbus with or without consent are in violation pertaining to court cases, Indexing 2 cases, Supreme Court, Orange County Plaintiffs lawyers for Citibank & America Express. Now, Mr. Carfizzi the Defendant answered all summons and complaints in or by Dec. 2010 according to C.P.L.R. The Rules! Finally, a notice received by Defendant of a transfer to Justice Court. This must be a transfer of no case. This so-called pending in the letter stated no case. This lapse of 2 years allows Forster & Garbus to violate C.P.L.R. These are professional Lawyers.

Yours etc.
Anthony J. Carfizzi

C.C. Copies to all Courts & agencies.

Copies to all Agencies Nov. 8, 2012

To: New York Bar Association
1 Elk Street
Albany, N.Y. 12207

copy OAG

Re: Forster & Garbus L.L.P.
Enclosed Legal Documents
Dismissal of #006170-2010
and other cases

DUE PROCESS Violated – Defendant

Committee Investigating Professional Licensed Lawyers Practicing in New York State,

Ms. Corfizzi should not accept a bogus transfer

So, Please be advised that this letter is a formal complaint to the BAR of New York in reference to Forster & Garbus Indexing 2 cases (Two), to wit, Index #006170-2010 for failure to follow a CODE OF PROFESSIONAL RESPONSIBILITY, Disciplinary Rules of CONDUCT. Please read enclosed letters and legal documents submitted to Supreme Court, Orange County, New York. Jurists, Justices Brockett and/or Mason, Middletown City Court should not honor dishonorable and/or lawyers that proceed in court violating C.P.L.R.

Yours, etc.
[signature]

RONALD FORSTER - Adm. in NY Only
MARK A. GARBUS - Adm. in NY Only
EDWARD J. DAMSKY- Adm. in NY Only
GLENN S. GARBUS - Adm. in NY, NJ & CT
JOEL D. LEIDERMAN – Adm. in NY Only

FORSTER & GARBUS
A NEW YORK LAW FIRM
500 BI-COUNTY BOULEVARD – SUITE 300
P.O. BOX 9030
FARMINGDALE, N.Y. 11735-9030
(631) 393-9400
Fax (631) 393-9480

TESS E. GUNTHER – Adm. in NY & CT
KRISTEN S. MANTYLA - Adm. in NY Only
MICHAEL J. FLORIO - Adm. in NY Only
ANNETTE ALTMAN - Adm. in NY Only
NILI FARZAN - Adm. in NY Only
TINA B. DAVIDSON - Adm. in NY Only
KEVIN NABB – Adm. in NY Only

October 12, 2010

A. Statute of limitations
B. Jurisdiction
C. other issues
D. Misconduct of Banks Ponzi Scheme

Anthony J. Carfizzi
P.O. Box 685
Vails Gate, NY 12584

Re: Citibank (South Dakota), N.A. vs. Anthony J. Carfizzi
Account No: 7110312096381
Our File: 400312096381
Index No: 6170/10

Read Court papers — Answers

#006170-2010
PROCEED

Dear Anthony J. Carfizzi:

Enclosed please find copies of your monthly statements.

After you have reviewed the enclosed statements, kindly contact me at (631) 393-9400 ext 272 so that we may discuss the possibility of settlement for the above referenced matter.

[illegible], 2010
Aug 12, 2010
Sept. 24, 2010
Answer, Correction and Supplement

Very truly yours,

FORSTER & GARBUS

Edward J. Damsky, Esq.

EJD/jk
Encl.

(PLEASE NOTE THAT WE ARE REQUIRED, UNDER FEDERAL LAW, TO ADVISE YOU THAT WE ARE DEBT COLLECTORS AND ANY INFORMATION WE OBTAIN WILL BE USED IN ATTEMPTING TO COLLECT THIS DEBT.)

Just wait until you receive American Express FSB Centurion Bank papers

Note: Mr. Anthony J. Carfizzi has entered a motion to this Supreme Court, Orange County. Let it proceed. Motion to Dismiss — Citibank - Ponzi Scheme & Misconduct, & other issues.

2 cases at once violating defendant [illegible]

To: State of New York
Hon. Thomas Klonick - Chairman
Commission on Judicial Conduct
Empire State Plaza - Corning Tower
Suite 2301
Albany, New York 12223

December 14, 2012

Re: Court Appearance by Defendant Carfizzi
Citibank vs. Carfizzi
C.P.L.R.

Hon. Thomas Klonik
Chairman of Committee

So, Please be advised that Forster and Garbus did not appear at the City of Middletown Courthouse. The person who did appear was Thomas G. Grogan "Card Enclosed." I did cooperate with Grogan, but the reason for the dismissal of the case should have been automatic. No appearance by the lawyers although paperwork by lawyers from the law firm are worthless. Also, all C.P.L.R. completely violated by this law firm not even mentioned by Judge Brockett. As I listened to other cases brought to this court, I began to hear and understand that the C.P.L.R. denied to Defendant. Also, the Judge creates an atmosphere of tension in the courtroom by not using C.P.L.R. especially with lawyers. There's no sense coming to court to be intimidated by court officers. For example, take your legal papers we don't want them. We may end up in court

Court officers should not interfere with litigants in court.

Anthony Carfizzi



**FDIC**
**Federal Deposit Insurance Corporation**
Division of Supervision and Consumer Protection
2345 Grand Boulevard, Suite 100
Kansas City, MO 64108

Consumer Response Center
1-800-378-9581
Fax number 703-812-1020





July 23, 2009
Ref. No.: SCC2009F-003511-0

Mr. Anthony Carfizzi
P.O. Box 685
Vails Gate, NY 12584

Re: JPMorgan Chase Bank, National Association *et al*
Columbus, Ohio *HSBC*

Dear Mr. Carfizzi:

On July 17, 2009, this office received your correspondence regarding the referenced entity. The FDIC supervises insured, state-chartered banks that are not members of the Federal Reserve System. The referenced bank is a national bank supervised by the Office of the Comptroller of the Currency (OCC).

For your convenience, we are forwarding your correspondence to the OCC at the address noted below. Any future concerns should be directed to that agency.

The mission of the FDIC is to ensure the stability of and public confidence in, the nation's banking system. The Division of Supervision and Consumer Protection (DSC) is responsible for enforcing federal consumer protection laws and regulations at various state-chartered banks. The Consumer Response Center is a part of DSC.

*Misconduct and/or Ponzi scheme*

We trust this is responsive to your concerns.

*Exhibit C*

Sincerely,

*Susan P. Boenau*

Susan P. Boenau
Acting Chief, Consumer Response Center

Citizens Bank method of Finance charge calculation penalizes me for about 5% more because the Bank receives the payment not to pay down cash advance level for over 2 yrs.

photocopy to O.C.C.

Comptroller of the Currency
Administrator of National Banks

December 20, 2010

Anthony J. Carfizzi Jr.
PO Box 685
Vails Gate NY 12584

AM. EXP. - 01001747

Re: Case# 01388700
RBS CITIZENS, NATIONAL ASSOCIATION

Going on 3 years. my figures are accurate.

Dear Mr. Carfizzi:

The Office of the Comptroller of the Currency (OCC) is responding to your letter, which was forwarded to this agency by the New York Attorney General's Office regarding the above-mentioned bank. The focus of the OCC's review of consumer complaints against national banks is to determine whether the banks' actions are consistent with banking statutes, regulations or any policies that are applicable to nationally chartered banking institutions.

We have received your subsequent online correspondence and to streamline our process and avoid any duplication, we are closing case #01388700 and you will be notified of a resolution in the original case #01001747. If you need to contact this office regarding your case, please refer to Case #01001747 when speaking with a specialist.

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

We trust this is responsive to your concerns. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,

*Customer Assistance Group*
Office of the Comptroller of the Currency
Customer Assistance Group
cc: New York Attorney General's Office

I am currently in Court with several Banks. Do not be one of them?!

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

Predatory Misconduct

Comptroller of the Currency
Administrator of National Banks

Blame game - now contact Federal Trade Commission

Repeated info - the OCC and/or CAG refuse to admit that the Bank perpetrated predatory tactics, programs, executive/states, etc. I know about the Banks

September 8, 2010

Anthony J Carfizzi
PO Box 685
Vails Gate NY 12584

Re: Case# 01143430 - CITIBANK (SOUTH DAKOTA), NATIONAL ASSOCIATION

inaccurate reporting along with FICO scores the CAG did nothing about the issues.

Dear Mr. Carfizzi:

The Office of the Comptroller of the Currency (OCC) is responding to your letter regarding the above-mentioned bank. The focus of the OCC's review of consumer complaints against national banks is to determine whether the banks' actions are consistent with banking statutes, regulations or any policies that are applicable to nationally chartered banking institutions.

The OCC contacted the bank, which responded directly to you by letter. A copy of the letter is enclosed for your review. Please note that banks may cancel or change credit limits on credit accounts due to inactivity, low usage, or any other reason not expressly prohibited by the Equal Credit Opportunity Act (ECOA). ECOA governs the extension of credit to consumers and prohibits creditors from denying credit or canceling existing credit accounts based on the customer's race, color, religion, national origin, sex, marital status, age, or the fact that all or part of the customer's income is derived from any public assistance program, or that the customer exercised his or her rights under the Consumer Credit Protection Act. The conditions under which a credit account may be closed or changed by the creditor are typically stated in the account agreement.

Mr. Carfizzi, if you have questions about your credit report or how your credit score was determined, you should address your concerns with the credit bureaus at: Question: Why are we still using a failed & flawed system? Answer: Money

| Equifax | Experian (formerly TRW) | Trans Union |
|---|---|---|
| P.O. Box 740241 | P.O. Box 2104 | P.O. Box 1000 |
| Atlanta, GA 30374-0241 | Allen, TX 75013-2104 | Springfield, PA 19064-0390 |
| (800) 685-1111 | (888) 397-3742 | (800) 916-8800 |
| www.equifax.com | www.experian.com | www.transunion.com |

Who is accountable - Contact Federal Trade Commission

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301
Internet Address: www.HelpWithMyBank.gov

Charles Brooke / Master

EXCELSIOR

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

October 1, 2007

Anthony J. Carfizzi
P.O. Box 685
Vails Gate, NY 12584

Improper unlawful BEHAVIOR

BANKS MISCONDUCT

Re: Complaint No. 07-L-491

Dear Mr. Carfizzi:

I have reviewed the complaint you submitted to the Office of the Attorney General's ("OAG") Civil Rights Bureau alleging that your credit has been restricted due to inaccurate reporting about your accounts. Based on the information provided, you have not alleged a violation of anti-discrimination laws. While you may have been subjected to conduct that is improper or unlawful, our office may only investigate complaints regarding violations of anti-discrimination laws. We are therefore closing this file. OK.

Should you wish to consult a private attorney, you may obtain attorney referrals from your local bar association. You may also wish to contact the individual credit bureaus to determine whether there is anything you can do to clarify any misstatements on your credit report.

*Please note that the complaint you have filed with the OAG has no effect on any deadlines or statute of limitations that might apply to your claim.* By filing a complaint with the OAG, you have not initiated a lawsuit or a proceeding, nor has the OAG initiated a lawsuit or proceeding on your behalf.

Thank you once again for bringing this matter to our attention.

Sincerely,

Sandra Rodriguez
Assistant Attorney General

Photocopy II Allegations



STATE OF NEW YORK
SUPREME AND COUNTY COURTS
COUNTY OF ORANGE
Government Center
255-285 Main Street
Goshen, NY 10924
(845) 291-3111
FAX (845) 291-2595

Date: Missing
Nothing Pending?

Alan D. Scheinkman
District Administrative Judge
9th Judicial District

Thomas W. Adams
Chief Clerk

Eileen Stanford
Deputy Chief Clerk

Should Read Orange County, New York
NOT ORANGE Supreme Court

Mr. Anthony Carfizzi
P.O. Box 685
Vails Gate, NY 12584

Dear Mr. Carfizzi:

Enclosed please find papers received by the court on 10/19/10. We are returning these papers to you as there is no action pending in Orange Supreme Court at this time. As soon as an action is filed with this court, you may file the appropriate papers.

Very truly yours,

Eileen M. Stanford

Eileen M. Stanford
Deputy Chief Clerk

According to this letter, not dated above, it must be October 2010.
Linda F. Padden, chief clerk of Justice Court - Justice Brockett and/or Mason City Court Judge.
There is no action pending. nonsense.
These are new cases - Indexed 2010.

Control No: 01683027 00658312 82

Chase Bank USA NA Check Loan Contract Settlement
c/o GCG
P.O. Box 35011
Seattle, WA 98124-1011

Batch Number: 00008
Claim Number: 01683027
Check Number: 00658312
Check Amount: $27.09
Check Date: 02/26/2013

ANTHONY J CARFIZZI
PO BOX 685
VAILS GATE, NY 12584-0685

RE: CHASE CHECK LOAN SETTLEMENT (CASE NO. 3:09-MD-2032 MMC, MDL NO. 2032)

The check attached to this letter is your Settlement Payment for the Chase Check Loan Settlement (Case No. 3:09-md-2032 MMC, MDL No. 2032) in the United States District Court for the Northern District of California. The Court has ordered that Settlement Payments be made to participating Class Members in accordance with the terms of the Settlement Agreement. The attached payment represents the amount to which you are entitled.

Please deposit or cash this check as soon as possible. If this check is lost or mutilated, you must contact us in writing to request that it be reissued. **Please note that the check below must be deposited or cashed within 120 days of the date of the check.**

The tax treatment of each Class Member's Settlement Payment is the responsibility of each recipient. You may wish to consult your tax advisor to determine the tax consequences, if any, of this payment to you.

If you have any questions, please contact the Settlement Administrator by phone at 1-800-460-4936, by email at Info@ChaseMinPaymentLawsuit.com, or by mail at Chase Check Loan Settlement, c/o GCG, P.O. Box 35011, Seattle, WA 98124-1011.

PLEASE DO NOT CONTACT THE COURT REGARDING THE SETTLEMENT.

Chase Bank USA N A Check Loan Contract Settlement
c/o GCG
P.O. Box 35011
Seattle, WA 98124-1011

No. 00658312
Date 02/26/2013

Twenty Seven Dollars and 09 Cents

***************$27.09

Pay To The Order Of ANTHONY J CARFIZZI PO BOX 685

VOID 120 DAYS AFTER ISSUE DATE

AUTHORIZED SIGNATURE

⑈00658312⑈ ⑆021309379⑆ 10631080⑈

Handwritten annotations:

Photocopy

Not Bless California

California Court District Court

How about Attorney General Cuomo / Schneiderman

How about New York State Andrew Cuomo

I never received a claim form. So, I just received the check in the mail.

Proceedings Different Than Koff and Lopez Nationwide Credit and American Express AMEX

Based upon misconduct or what?

Settlement should be $27,000.00 Strattis to Justice Brockett / Moon Attorney Thomas Hogan ... Interest

This settlement only covers Chase Check Loan Settlement

Not Bank Ponzi et al scheme Banks & Predatory Misconduct (Separate)

MR A. CARFIZZI
P.O. BOX 285
VAILS Gate, N.Y. 12584
CLASS ACTION Member





U.S. POSTAGE PAID
VAILS GATE, NY
12584
AUG 04, 16
AMOUNT
$1.78
R2305K133320-03

1000 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 08 2016 ★
BROOKLYN OFFICE

Clerk of the Court
United States District Courthouse
for Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Assigned District Court Judge
CASE NO. 13-CV-5413-SLT-PK ← Disapproval Documents
Kaff vs. Nationwide Credit, Inc. et al. NEW YORK and CALIFORNIA Courts