Kaff vs. Nationwide Credit, Inc.
13-CV-5413-SLT-PK

United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
and/or  Lopez vs. AMEX (FSB) et al
CV-09-07335-SJO-(MANx)
United States District Court
for Central District of California
312 N. Spring Street — G-19
Civil Intake Section
Los Angeles, California 90012-4701

Clerk of the Courts / Assigned Judges
New York Case no: 13-CV-5413-SLT-PK
California Case no. CV-09-07335-SJO-(MAN-x)

Sirs:

August 20, 2016

Re: Objection and/or Disapproval Document (Class member) Authorizes Amended Litigation by Both Courts.

Amended is the Key to all this Litigation Documents Received FILED Class Counsel

AUG 22 2016
BROOKLYN OFFICE

The State of New York, Attorney General's Office Culpability

So, Please take Notice that each court received by mail, using the United States Post office (±25 Documents) pertaining to so-called New Discovery or simple stated, Objections to Disapproval the Class Action lawsuits, until Amended to list all applicable laws in violation of Federal Statutes omitted and overlooked by Class Counsel and/or Defendants Counsel. The Courts should not accept partial answers to finalize the litigation. Please review all documents.

(Copies to all Counsel members)

Anthony Carfizzi
P.O. Box 685
Vails Gate, N.Y. 12584