Case 1:13-cv-05413-SLT-PK   Document 54-1   Filed 08/22/16   Page 1 of 2 PageID #: 540

Clerk of the Courts
District Courts of the
United States
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
and/or (copy) Administrator of Courts

Central District for California
312 N. Spring Street – G-19
Civil Intake Section
Los Angeles, California 90012-4701

$27.09 PAID BY check
CHASE

Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, California 94102
Non Member of Class – CHASE – BANK Scheme etal.

READ SECTION ENCLOSED Aug. 18, 2016
#11. Notice of Settlement CHASE CREDIT CARD Holders Contract Agreement

Re: Chase Bank USA Contract
Settlement Administrator
Settlement c/o GCG
P.O. Box 35011
Seattle, WA 98124-1011

Class Counsel
Lieff, Cabraser, Heimann, & Bernstein LLP.
275 Battery Street 29th Floor
San Francisco, CA 94111-3336

Chase's Counsel
SAME AS AMEX
Julia B. Strickland
STROOCK & STROOCK &
LAVAN – 2029 Century
PARK EAST, Suite 1600
Los Angeles, CA 90067

Courtesy Copies

First and foremost do not get annoyed by my style. The system we have caused the problem that includes FICO – or FAIR ISAACS company. However, LAWYERS AND COURT Judges are responsible along with the Banks along with Visa, Mastercard, and AMEX to stop the MISCONDUCT IN VIOLATION of FEDERAL statutes. On class action In re Chase Bank, U.S.A, NA check Loan Contract Litigation, M.D.L. No. 2032, CASE No. 3:09 MD-02032 MMC, Settlement Administrator did not receive (STATEMENT FROM ME)

Sincerely yours,
[signature]

*[Handwritten at top:] ERIC Holder, attorney sued VISA, MASTERCARD, AND American Express et al. (U.S. ATTORNEY General)*

### 11. How do I object to, or comment on, the Settlement?

You may object to, or comment on, all or any portion of the proposed Settlement, Class Counsel's request for attorneys' fees and expenses, and/or the requested service awards for the plaintiffs in this and related actions. Any objection must be explained in writing, and must include:

*[Handwritten: There is no statement that I am a CLASS member;]*

a. the name of this Action;

b. your full name, address and telephone number, and signature (an attorney's signature is not sufficient);

c. a statement that you are a Class Member and an explanation of the basis upon which you claim to be a Class Member;

d. all grounds for your objection, accompanied by any legal support for your objection known to you or your counsel;

e. the identity of all counsel who represent you, including any former or current counsel who may be entitled to compensation for any reason related to your objection;

f. a statement confirming whether you intend to personally appear and/or testify at the Fairness Hearing;

g. the identity of all counsel representing you who will appear at the Fairness Hearing, if any;

h. a list of all persons who will be called to testify at the Fairness Hearing in support of your objection; and

i. the number of times in which you have objected to a class action settlement within the five years preceding the date that you file your objection and the caption of each case in which you have made such objection.

*[Handwritten margin: Read]*

To be considered, objections must be mailed to the Settlement Administrator, Class Counsel, and Chase's Counsel at the addresses listed below, and must be post-marked no later than October 5, 2012.

*[Handwritten: Name And Address]*

**Settlement Administrator**

Chase Bank USA Contract Settlement
c/o GCG
P.O. Box 35011
Seattle, WA 98124-1011

**Class Counsel**

Chase Check Loan Case Correspondence
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3336

**Chase's Counsel**:

Julia B. Strickland
STROOCK & STROOCK &
LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

*[Handwritten right side: Anthony Carfizzi, P.O. Box 685, Wails Gate, N.Y. 12584 — U.S. Attorney General — To sue OAG, Spitzer, Cuomo, Schneiderman, NEW YORK State — $27.09 Laughet or Joke]*

You have the right to consult with your own attorney, at your own expense, before deciding how best to proceed.

*[Handwritten at bottom: Office of Attorney General of New York State has at least 50+ Complaints on file including RBS Citizens Bank, Enclosed copy of check — Chase only payable as settlement $27.09]*