Mr. Anthony Calfo
P.O. Box 685
Vails Gate, NY 12584

ALBANY NY 120
19 AUG 2016 PM 2 L

Clerk of the Court
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
AUG 2 2016
BROOKLYN OFFICE

Kaffra-N.C.I
att: Clerk of Court

13-CV-5413-SLT-PK