IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM KAFF, ARI PFEFFER and RAQUEL JAGER on behalf of themselves and all other similarly situated consumers<br><br>                              Plaintiffs,<br><br>            vs.<br><br>NATIONWIDE CREDIT, INC.<br><br>                              Defendant. | CLASS ACTION<br><br>NO. 13-cv-5413 (SLT-PK) |

## MEMORANDUM IN SUPPORT OF CLASS COUNSEL'S FEES AND COSTS

In accordance with this Court's Order of October 14, 2016, Class Counsel, Edelman Combs Latturner & Goodwin, LLC, submits this supplemental filing in support of Class Counsel's Petition for Fees and Costs filed on August 11, 2016 (Dkt. No. 51).

Edelman Combs Latturner & Goodwin, LLC's billing records are attached as Appendix G to Tiffany N. Hardy's Declaration.

                                                            Respectfully submitted,


                                                            s/ Tiffany N. Hardy
                                                            Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on October 19, 2016, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to all counsel of record.

                                                                  s/ Tiffany N. Hardy
                                                                    Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)