# EXHIBIT A

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

ALTAGRACIA DIAZ, on behalf of     :
herself and all others
similarly situated,               :
                                        12 CV 3781
        Plaintiff,               :

            -against-            :  U.S. Courthouse
                                    Central Islip, N.Y.
RESIDENTIAL CREDIT SOLUTIONS,     :
INC.,
                                  :

        Defendant.
                                  :  September 29, 2014
- - - - - - - - - - - - - - - - X  9:30 a.m.

                TRANSCRIPT OF FAIRNESS HEARING
BEFORE:

        HONORABLE ARTHUR D. SPATT, U.S.D.J.

APPEARANCES:

For the Plaintiff:    LAW OFFICES OF KLEINMAN, LLC
                      626 Rexcorp Plaza
                      Uniondale, New York 11556
                      BY:  ABRAHAM KLEINMAN, ESQ.

For the Defendant:    LOWENSTEIN SANDLER, LLP
                      1251 Avenue of the Americas
                      New York, New York
                      BY:  JASON HALPER, ESQ.

Court Reporter:       HARRY RAPAPORT, CSR
                      United States District Court
                      100 Federal Plaza
                      Central Islip, New York 11722
                      (631) 712-6105

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

1         THE CLERK:  Civil cause for fairness hearing,

2   Diaz against Residential Credit Solutions, Inc.

3         THE COURT:  Please state your appearances.

4         MR. KLEINMAN:  Good morning, your Honor.

5         Law offices of Kleinman LLC, by Abraham

6   Kleinman, for the plaintiff and the class.

7         THE COURT:  Good morning.

8         MR. HALPER:  Good morning, your Honor.

9         Jason Halper of Loweinstein Sandler LLP, for the

10  defendant.

11        THE COURT:  I didn't get your name, what is it.

12        MR. HALPER:  Jason Halper, H-A-L-P-E-R.

13        THE COURT:  Mr. Kleinman, you are interested in

14  me approving this settlement, right?

15        MR. KLEINMAN:  We are, your Honor.

16        THE COURT:  Why?

17        MR. KLEINMAN:  Your Honor, this is a case that

18  involved a Fair Debt Collections Practices Act, where the

19  plaintiff complained a violative collection letter.

20        With the assistance of your Honor we reached a

21  settlement several months ago, and subsequent to that

22  notice was sent out.

23        Notice was sent, your Honor, to 378 persons.

24  Only 350 of those were effective and reached their

25  destination.

3

1          Of those 350 notices that reached their

2     destination, ninety-one persons opted into the class.

3     Eighty-eight of those were timely, your Honor.  Three were

4     a bit late.  And at this juncture, if your Honor approves

5     the class, we would ask that the Court allows those three

6     that were late to be included in the class.

7          Should your Honor approve the class and approve

8     all 91 claim forms each member would receive $1,098.90.

9          THE COURT:  $1,098 and 98 cents?

10         MR. KLEINMAN:  90 cents.

11         Plaintiff believes it is a terrific result for

12    the class because in an ordinary situation the maximum

13    amount a consumer could receive under the Act would be

14    $1,000.

15         Here each class member, should the Court

16    approve, would be getting in excess of the statutory

17    amount listed in the Fair Debt Collections Practices Act.

18         Also at this time, your Honor, we would ask the

19    class representative receive an incentive fee totalling

20    $5,000 for her participation in the class.

21         THE COURT:  That is Ms. Diaz.  A male or female?

22         MR. KLEINMAN:  A female, at Altagracia Diaz.

23         THE COURT:  She is going to get 5,000?

24         MR. KLEINMAN:  Should the Court approve.

25         The reason we ask for the incentive fee is

4

1   Ms. Diaz was very involved in the class, and followed the

2   travel of the case, appeared for deposition, appeared for

3   a conference before Magistrate Judge Tomlinson, and has

4   been very effective and has followed the case in toto.

5          We would also ask, your Honor, that the Court

6   approve the attorney's fees in the amount of $98,330.

7          THE COURT:  That would be in addition to the

8   100,000?

9          MR. KLEINMAN:  It would, your Honor.

10          THE COURT:  And what is the hourly rate for

11  that?

12          MR. KLEINMAN:  My hourly rate was at $300, and

13  Ms. Hardy in Illinois, if I can have a moment to double

14  check, I believe that was at $325 per hour for Ms. Hardy

15  of the Edelman Combs firm in Illinois.

16          THE COURT:  And what about payments to the

17  paralegal?  What rate is being paid?

18          MR. KLEINMAN:  They pay their paralegal between

19  100 and $125 per hour, your Honor.

20          THE COURT:  Mr. Halper.

21          MR. HALPER:  Good morning, your Honor.

22          We have no objection to the settlement.

23          The only thing that I would point out to your

24  Honor is that in the proposed final order for approval of

25  the class settlement that the plaintiff filed on September

5

1    24th, in paragraph one it does mention that there were 88

2    class members who submitted a timely claim firm.

3             So, if we are going to approve --

4             THE COURT:  Which form are we talking about?

5             MR. HALPER:  I'm sorry, your Honor.

6             The proposed final order, document 62-4 on the

7    documents, which was filed by the plaintiff on September

8    24th.

9             MR. KLEINMAN:  If the Court would like, your

10   Honor, I can present a copy.

11            THE COURT:  I don't see it.  Can I see a copy?

12            MR. KLEINMAN:  Can I approach?

13            THE COURT:  Yes.

14            MR. KLEINMAN:  Thank you.

15            (Handed to the Court.)

16            THE COURT:  Just one minute.

17            I do have a copy.  It is Exhibit C, for Charley,

18   right?

19            MR. KLEINMAN:  Yes, your Honor.

20            THE COURT:  Okay.

21            You can return this.

22            MR. KLEINMAN:  May I approach?

23            THE COURT:  Yes.

24            So, you mentioned that the final order says 88

25   class members, when there actually are going to be 91 if I

6

1    approve the three late filings?

2              MR. HALPER:  Yes.

3              THE COURT:  I will approve the three late

4    filings, so it will be 91.

5              MR. HALPER:  Yes, your Honor.

6              We have no objection to that.

7              The only other thing I will mention, your Honor,

8    in paragraphs 6 and 17 of the proposed final order, it

9    states that the claims that are being released in this

10   case are being dismissed without prejudice.  We would just

11   ask the claims be dismissed with prejudice.

12             I have conferred with Mr. Kleinman about that,

13   and if you look at paragraph 21 --

14             THE COURT:  Any objection to the dismissal with

15   prejudice, Mr. Kleinman?

16             MR. KLEINMAN:  Your Honor, we would be happy to

17   dismiss it with prejudice after a period where an appeal

18   might be filed.

19             THE COURT:  Okay.

20             MR. HALPER:  And that is fine with me.

21             If we were to do that, I would ask that

22   paragraphs 6 and 17 be clarified.

23             THE COURT:  You will have to amend that.

24             MR. HALPER:  Yes.

25             THE COURT:  Anything else?

7

1          MR. HALPER:  Not from the defendant, your Honor.

2          MR. KLEINMAN:  If I may, your Honor?  I would

3     just like the Court to note that there have been no

4     objections or exclusions, and no one has appeared today.

5          However, I was informed that a Ms. Francine

6     Moore, who was a claim member, whose claim was title, who

7     the Court has since approved, was planning in attending

8     today.  And I do not see her in the Court.

9          I have a conference before Judge Feuerstein at

10    11:00 o'clock this morning, and if the Court allows I will

11    stay to address the concerns.

12          THE COURT:  What concerns does she have?

13          MR. KLEINMAN:  She just wanted to see the

14    proceedings, but nonetheless, if I can stay I will address

15    any concerns she may have.

16          THE COURT:  Anything else, counsel?

17          MR. KLEINMAN:  No, your Honor.

18          THE COURT:  This is one of the easiest class

19    actions fairness hearings, I have ever been in.  As a

20    matter of fact, it is probably the only one in which

21    there is no objection.  And the attorney's fees are fair.

22    That combination we rarely see.

23          We have a situation where under the statute the

24    damages would be a thousand dollars a person generally

25    with some exceptions, to the Fair Debt Collections

8

1    Practices Act violation.  And here the claimants are going

2    to receive $1,098.90.  So they are a little bit ahead of

3    the game.

4         I think that, therefore, the $100,000 to be

5    distributed to the 91 class members is fair.  Each class

6    member, as I said would get $1,098.90, which is a little

7    more than they would receive under the statute.

8         The $5,000 to the class representative is also

9    in my opinion fair.  She is the one who put the work in.

10        Also, the attorney's fees of $94,330 at rates of

11   300 and 325 dollars an hour is also fair.

12        The paralegal of 100 to 125, that is okay as

13   well.

14        So that, surprisingly, everything in this

15   agreement is fair.  And I'm going to approve it in its

16   entirety.

17        So, I want you to send me a final approval order

18   with the revisions that counsel for the defendant has

19   raised.  And that is paragraph 17 has to be revised.

20        What is the other revision?

21        MR. HALPER:  It was also paragraph six, your

22   Honor, it was to be without prejudice.

23        THE COURT:  Yes.

24        MR. HALPER:  And I believe --

25        THE COURT:  It is going to be with prejudice.

9

1          MR. HALPER:  And paragraph 1 references there

2     were 88 participating --

3          THE COURT:  It has to be 91?

4          MR. HALPER:  Yes.

5          THE COURT:  So you will have to make those

6     changes.

7          Send that to me with notice and I will sign it.

8          MR. KLEINMAN:  Thank you, your Honor.

9          THE COURT:  Okay.

10         This has been a very easy fairness hearing.

11         Thank you very much.

12         MR. KLEINMAN:  Thank you, your Honor.

13         Just for completeness of the record, those

14    members who do not cash their checks, those monies will go

15    to the Legal Aid Society, your Honor.

16         THE COURT:  Thank you.

17         This fairness hearing is concluded.

18         MR. HALPER:  Thank you, Judge.

19

20

21         (End of proceedings.)

22

23

24

25