**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945

February 22, 2017

<u>**VIA ECF**</u>
The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Kaff et al v. Nationwide**
**       13 CV 5413 (SLT) (PK)**

Dear Magistrate Judge Kuo:

I represent the plaintiff in the above matter.   I respectfully request until February 27, 2017 to respond to the Court's order to show cause.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:  Counsel of Record